IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**CHARLED D. GALLOWAY**                                                                **PLAINTIFF**

**v.**                                             **No. 1:20CV217-RP**

**MISSISSIPPI, ET AL.**                                                        **DEFENDANTS**

**ORDER DISMISSING PLAINTIFF'S MOTION [14] FOR
BRADY SUPPRESSION**

This matter comes before the court on the plaintiff's Motion [14] for Brady Suppression. In his motion, the plaintiff argues that several procedural violations occurred during his criminal prosecution. As the instant case filed under 42 U.S.C. § 1983 has been dismissed, the instant motion is **DISMISSED** as moot.

**SO ORDERED**, this, the 24th day of August, 2021.

                                                                         /s/     Roy Percy
                                                                       UNITED STATES MAGISTRATE JUDGE